HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
CAROLYN WIGGIN, #182732
Assistant Federal Defenders
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: (916) 498-5700
Fax: (916) 498-5710
Rachelle.barbour@fd.org

Attorney for Defendant
SERGIO ADRIAN RAMIREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO ADRIAN RAMIREZ,<br><br>Defendant. | Case No. 2:23-cv-02911-KJM-JDP (HC) __<br><br>STIPULATION AND ORDER RESOLVING HABEAS PETITION AS MOOT<br><br>Chief Judge Hon. Kimberly J. Mueller |
|---|---|

The parties stipulate as follows:

1. On January 10, 2024, the BOP rendered Mr. Ramirez eligible for First Step Act "Earned Time Credits" (FTCs) and provided a new calculation that enables Mr. Ramirez to stay on BOP home confinement with a projected release date from BOP of May 21, 2024. Mr. Ramirez's FSA Time Credit Assessment as of January 10, 2024, is attached as Exhibit 1.

2. The Government, through Assistant United States Attorney Michelle Rodriguez, stipulates that Mr. Ramirez may remain on BOP home confinement until May 21, 2024, provided that he continues to abide by BOP conditions for home confinement, not commit any new offenses, and abide by all his program commitments.  The Government stipulates that on his projected BOP release date of May 21, 2024, Mr. Ramirez will

complete his incarceration term for his criminal case and begin his term of supervised release under the supervision of the United States Probation Office.

3. The Defense stipulates that this recalculation and award of Mr. Ramirez's First Step Act credits resolves the issues in Mr. Ramirez's instant habeas petition and therefore that petition may be dismissed by the Court as moot.

4. The parties jointly submit the attached proposed Order providing for the stipulated dismissal of this matter.

Respectfully submitted,

Dated: January 11, 2024

HEATHER WILLIAMS
Federal Defender

*s/ Rachelle Barbour*
RACHELLE BARBOUR
CAROLYN WIGGIN
Assistant Federal Defenders

Dated: January 11, 2024

PHILLIP TALBERT
United States Attorney

*/s/ Michelle Rodriguez*

MICHELLE RODRIGUEZ
Assistant United States Attorney

**O R D E R**

For the reasons set forth above, the court finds the instant habeas petition has been rendered moot by the BOP's award of Mr. Ramirez's First Step Act credits and the Government's agreement that he may remain on BOP home confinement until his release date of May 21, 2024. Accordingly, the habeas petition is dismissed as MOOT.

**IT IS SO ORDERED.**

Dated: January 11, 2024.

CHIEF UNITED STATES DISTRICT JUDGE